[No. 48047-6-II.   Division Two.   February 22, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN CRAIG POWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-03893-1, Frank E. Cuthbertson, J., entered August 21, 2015. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Worswick and Sutton, JJ.

[No. 48267-3-II.   Division Two.   February 22, 2017.]

PUGET SOUNDKEEPER ALLIANCE, *Appellant*, v. THE DEPARTMENT OF ECOLOGY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 15-2-01575-1, Gary R. Tabor, J., entered October 8, 2015. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Maxa, A.C.J., concurred in by Worswick and Sutton, JJ.

[No. 48470-6-II.   Division Two.   February 22, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID DEVON JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 15-1-00218-0, Scott A. Collier, J., entered January 13, 2016. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson and Sutton, JJ.

[No. 48497-8-II.   Division Two.   February 22, 2017.]

RUSSELL BURKE ET AL., *Appellants*, v. THE CITY OF MONTESANO ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-2-01089-1, Erik D. Price, J., entered November 20, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Maxa, A.C.J., and Worswick, J.